SEALED

AO 93        (Rev 8/98)   Search Warrant (Reverse)

| **RETURN** | Case Number: M-08-5571-M |
|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8-30-08 | 9-2-08 2:17 PM | at residence |

INVENTORY MADE IN THE PRESENCE OF
No one at residence

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached FD-597

United States District Court
Southern District of Texas
FILED

SEP 10 2008

Michael N. Milby Clerk

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Katherine R Gutierrez*

Subscribed, sworn to, and returned before me this date.

_____          9/10/2008
U S Judge or Magistrate                              Date

FD-597 (Rev 8-11-94) Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245C-SA-58054

On (date) 9/2/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Charles Hinojosa
(Street Address) 114 E Robert E Lee
(City) Roma, Texas

Description of Item(s):
(1) Remote Control Box filled w/ undetermined amount of cash.
(1) Misc Documents and camera and CD
(1) Roll Cellophane
(1) Refrigerator Photos
(4) Watches + (1) Necklace (2) Bracelett
(2) Magazines (1) Ber 177834 9mm Beretta
(1) Empty (1) loaded
(1) Misc Documents Boost mobile Nextel camo
(1) Cellophane wrapped money and undetermined amount of cash
(4) Rolls Cellophane (2) Bottles Corona (1) Cup

Received By: _____ (Signature)   Received From: _____ (Signature)