AO 93        (Rev. 8/98)  Search Warrant (Reverse)

| **RETURN** | Case Number: | M-08-5571-M-B |
|---|---|---|
| DATE WARRANT RECEIVED<br>9-4-08 | DATE AND TIME WARRANT EXECUTED<br>9-4-08  11:17AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Reymundo Guerra/Rene Fuentes (receipt) |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached FD-597

United States District Court
Southern District of Texas
FILED

SEP 1 0 2008

Michael N. Milby, Clerk

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Katherine R Gusler_

Subscribed, sworn to, and returned before me this date.

_[signature]_   9/10/2008
U.S. Judge or Magistrate        Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245C-SA-58054

On (date) 09-04-08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) REYMUNDO GUERRA
(Street Address) 100 EAST 6TH ST
(City) RIO GRANDE CITY, TX

Description of Item(s):
- ITEM 1: MISC DOCS - TOP OF DESK
- ITEM 2: CHECKBOOK - TOP OF DESK
- ITEM 3: MISC DOCS - TOP LEFT DRAWER
- ITEM 4: MISC DOCS - BOTTOM LEFT DRAWER
- ITEM 5: MISC DOCS - CENTER LEFT DRAWER
- ITEM 6: MISC DOCS - TOP RIGHT DRAWER
- ITEM 7: MISC DOCS + VOICE RECORDER (DIGITAL) - BOTTOM RIGHT DRAWER
- ITEM 8: MISC DOCS, PDA (PALM) - ESN# 36ABA630, MULT DVD DISKS (6), MICRO SD CARD - COMPUTER DESK
- ITEM 9: GATEWAY GT5228, SN# CCE6B11002123 - COMPUTER DESK
- ITEM 10: MISC DOCS - CREDENZA
- ITEM 11: EVIDENCE BAG RE CASE# 2004-0622 w/ GREEN LEAFY SUBSTANCE + REPORT - BOTTOM RIGHT DRAWER of CREDENZA
- ITEM 12: GOLD COLORED BADGE - SAFE UNDER COMPUTER DESK
- ITEM 13: PARKER .45 CAL, SN: A03347 AND ONE MAGAZINE - FILING CABINET IN CLOSET
- ITEM 14: MISC DOCS + PHOTOS - CLOSET IN OFFICE (BLUE BIN)

Received By: _(Signature)_
Received From: _(Signature)_