AO 93        (Rev. 8/98)   Search Warrant (Reverse)

| **RETURN** | Case Number: | M-08-5571-M-E |
|---|---|---|
| DATE WARRANT RECEIVED 9-26-08 | DATE AND TIME WARRANT EXECUTED 9-30-08  12:36 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH in residence |
| INVENTORY MADE IN THE PRESENCE OF | No one present, left in residence | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached

United States District Court
Southern District of Texas
FILED

OCT - 3 2008

Michael N. Milby, Clerk

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Katherine R Gudeers* (signature)

Subscribed, sworn to, and returned before me this date.

*Pete E Ormsby* (signature)        October 3, 2008
U.S. Judge or Magistrate                    Date

## ATTACHMENT A

Address:        14526 Merry Meadow Drive, Houston, Texas

The premises at 14526 Merry Meadow Drive, Houston, Texas. The property to be searched includes a single family residence, including, the garage, all vehicles, outbuildings, appurtenance and curtilage located at 14526 Merry Meadow Drive, Houston, Texas. The residence is a one story, single family residence located on the southwest corner of the intersection of Merry Meadow Drive and Lansdown Drive. The front door of the residence faces north and the two car attached garage is on the south side of the residence accessed through an alley. The residence is brown brick, with white and brown trim, a composite shingle roof with burglar bars on the windows and front door. A 6' wooden fence enclosing the yard on the east side of the residence. "14526" is on the mailbox located at the curb directly in front of the front door.



## ATTACHMENT B

The items to be seized include, but are not limited to, the following:

1. Proceeds (monetary instruments) related to the distribution of controlled substances and items purchased with illegal proceeds.

2. Identification and contact information of those individuals and businesses possibly related to the possession and distribution of controlled substances.

3. Computer software and hardware and/or safes where evidence of controlled substance and/or money laundering violations may be stored.

4. Books, notes, ledgers, and/or records related to the illegal distribution of controlled substances.

5. Books, records, receipts, notes, ledgers, bank records, money orders, and other papers relating to the importation, manufacture, transportation, ordering, sale and distribution of illegal controlled substances and the proceeds which they generate.

6. Records concerning bank accounts, brokerage accounts, and records of off-site locations to store records, including safe deposit keys, records and receipts, rental agreements for storage facilities, records of mail and answering services including telephone pagers.

7. Addresses or telephone numbers in books or papers.

8. Papers, tickets, notes, schedules, receipts, and other items relating to domestic and international travel.

9. Photographs, in particular, of co-conspirators, assets, and/or controlled substances.

10. Indicia of occupancy, residency, and/or ownership of the premises, including their businesses and residences, which includes but is not limited to, utility and telephone bills, canceled envelopes, keys and documents reflecting the manner and means of the purchase of the

property.

11. Telephone bills, cellular telephones, pagers, answering machine(s), telephone note pads and notes, contacts and other documents reflecting the ownership, subscriber information, and the use of the telephones, which are often used by large-scale controlled substances traffickers as a tool of the trade (to include the memories of cellular telephones, pagers, and answering machines).

12. Any type of item used to hide, conceal, mask, secrete or transport illegal contraband, in particular controlled substances and/or drug proceeds.

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245C-SA-58054

On (date) 9-30-08

SEIZED DURING SEARCH WARRANT

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) JOSE DE JESUS HERNANDEZ
(Street Address) 14526 MERRYMEADOW DRIVE
(City) HOUSTON, TX

Description of Item(s): 2 PHOTOS
BERETTA 9mm SER# BER109649Z  3 MAGAZINES, 15 ROUNDS
ASSORTED DOCUMENTS TO INCLUDE - BILLS, LEDGERS, IMMIGRATION
PAPERS
FNH SER# 386138199  2 MAGAZINES  19 ROUNDS
HP LAPTOP SER# CND6341W2K  WITH COMPONENTS, 1 CD
MOTOROLA BOOST CELL PHONE MODEL# C290  SER# KAUG0002BC
LG LAPTOP SER# 503KIKXA00053
MOTOROLA CELL PHONE SER# N2563AB00
LG CELL PHONE SER# 805CQYQ380978

Received By: (Signature)
Received From: (Signature)

TOTAL P.002