AO 93   (Rev 8/98)   Search Warrant (Reverse)

| **RETURN** | Case Number: | M-08-5571-M-F |
|---|---|---|
| DATE WARRANT RECEIVED 9-29-08 | DATE AND TIME WARRANT EXECUTED 10-1-08 9:27 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH in residence |
| INVENTORY MADE IN THE PRESENCE OF | No one present - left in residence | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached

United States District Court
Southern District of Texas
FILED

OCT - 3 2008

Michael N. Milby, Clerk

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Katherine R. Gutierrez

Subscribed, sworn to, and returned before me this date.

_____   October 3, 2008
U.S. Judge or Magistrate        Date

## ATTACHMENT A

Address:        5815 North 3rd Lane, McAllen, Texas

The premises at 5815 North 3rd Lane, McAllen, Texas. The property to be searched includes a single family residence, including, the garage, all vehicles, outbuildings, appurtenance and curtilage located at 5815 North 3rd Lane, McAllen, Texas. The residence is a one story, single family residence, finished with a light beige stucco accented with rock facade and a red saltillo tile roof. The front door of the residence faces east and the attached garage faces west and accessed from an alley way.



## ATTACHMENT B

The items to be seized include, but are not limited to, the following:

1. Proceeds (monetary instruments) related to the distribution of controlled substances and items purchased with illegal proceeds.

2. Identification and contact information of those individuals and businesses possibly related to the possession and distribution of controlled substances.

3. Computer software and hardware and/or safes where evidence of controlled substance and/or money laundering violations may be stored.

4. Books, notes, ledgers, and/or records related to the illegal distribution of controlled substances.

5. Books, records, receipts, notes, ledgers, bank records, money orders, and other papers relating to the importation, manufacture, transportation, ordering, sale and distribution of illegal controlled substances and the proceeds which they generate.

6. Records concerning bank accounts, brokerage accounts, and records of off-site locations to store records, including safe deposit keys, records and receipts, rental agreements for storage facilities, records of mail and answering services including telephone pagers.

7. Addresses or telephone numbers in books or papers.

8. Papers, tickets, notes, schedules, receipts, and other items relating to domestic and international travel.

9. Photographs, in particular, of co-conspirators, assets, and/or controlled substances.

10. Indicia of occupancy, residency, and/or ownership of the premises, including their businesses and residences, which includes but is not limited to, utility and telephone bills, canceled envelopes, keys and documents reflecting the manner and means of the purchase of the

property.

11. Telephone bills, cellular telephones, pagers, answering machine(s), telephone note pads and notes, contacts and other documents reflecting the ownership, subscriber information, and the use of the telephones, which are often used by large-scale controlled substances traffickers as a tool of the trade (to include the memories of cellular telephones, pagers, and answering machines).

12. Any type of item used to hide, conceal, mask, secrete or transport illegal contraband, in particular controlled substances and/or drug proceeds.

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245C-SA-58054

On (date) October 1, 2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [X] Seized

(Name) _____

(Street Address) 5815 N 3RD LANE

(City) McALLEN, TEXAS

Description of Item(s):

Item #1 – Bank Statements, check register, department store statement;

Item #2 – Bank statements, notes, business cards, deposit slip;

Item #3 – State Farm claim, 2007 tax statement Rio Grande City;

Item #4 – Notebook, calendar;

Item #5 – Bank of South Texas, International Bank Statement;

Item #6 – Notebook, phone numbers;

Item #7 – Utility Bills;

Item #8 – Fast lane calendar, Sprint statements, title insurance, note pad from Cancun, diary w/ telephone #'s;

Item #9 – Vehicle registration, Home owners invoice, Bank Statements, Check Carbons;

Item #10 – Las Vegas receipts;

Item #11 – Income tax return 2007;

Item #12 – Banorte checkbook, Bancomer checkbook;

Item #13 – Thumbdrive, (1) floppy disks;

Item #14 – Deposit slip $20,429.32;

Item #15 – Property documents, Insurance information;

Item #16 – Bank of South Texas CD receipts, International bank deposit slips, International bank Mortgage, 89 vehicle title

Received By: _____(Signature)_____    Received From: _____(Signature)_____

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245C-SA-58354

On (date) October 1, 2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 5815 N 3RD LANE

(City) McAllen, Texas

Description of Item(s): Item # 17 - CD deposits, deposit slip Bank of South Texas deposit slip;

Item # 18 - San Antonio College of Medicine financial aid award letter, telephone numbers;

Item # 19 - Emachine Computer S/N QIV39105 00812, Model # T2682 with cord;

Item # 20 - Deeds, Alamo bank, birth certificate, deposit slips, Check carbons, furniture receipts, Maintance Landrover, Wire transfers receipts;

Item # 21 - San Jacinto title service documents;

Item # 22 - Various photographs, copy of birth certificate, Copy of Id;

Item # 23 - Colt 380 Mustang S/N GP08981;

Item # 24 - Colt 38 Super Auto S/N CHAMP0895; 2 cartridges w/ ammo;

Item # 25 - Colt 38 Super Mark IV S/N FR24736E;

Item # 26 - Engineering bills;

Item # 27 - Unpaid parking ticket notice;

Item # 28 - Digital video hardware with cords;

1) Chevy Silverado Tx Tag 30CFB6 VIN # 1GCEC14047Z574899;

2) Porsche Cayenne VIN # WP1AC29P69LA80180;

Received By: _____(Signature)_____   Received From: _____(Signature)_____